**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Darrol Bridges | : | Chapter 13 |
| | : | Case No.: 25-10398-DJB |
| Debtor. | : | |

### MOTION TO RECONSIDER ORDER GRANTING MOTION TO DISMISS CASE

Darrol Bridges, (the "Debtor"), hereby move this Honorable Court to vacate its Order dated May 23, 2025, granting the Motion to Dismiss Case, and in support thereof respectfully states the following:

1. The Debtor filed a voluntary petition for relief under chapter 13 of the Bankruptcy Code (the "Chapter 13 Case") on January 30, 2025 (the "Petition Date").

2. The Chapter 13 Case was assigned case number 25-10398.

4. On or about April 24, 2025, the Trustee filed a Motion to Dismiss Case for Failure to Make Plan Payments and Failure to Appear at the Meeting of Creditors. [Docket No. 23]

5. The Debtor is desirous of staying in his Chapter 13 case and will make a payment to the trustee to cure all delinquencies, including the monthly payments that come due by the date of the hearing of the instant Motion.

**WHEREFORE**, the Debtor respectfully request this Honorable Court enters an Order vacating the Order dated May 23, 2025, granting the Motion to Dismiss Case.

Respectfully submitted,

Dated: June 9, 2025

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
(215) 545-0008
brad@sadeklaw.com

*Counsel to the Debtor*